# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In Re: Patricia L. Holt ) | Case No.: 18-82333-CRJ-13 |
| xxx-xx-8808 ) | |
| ) | |
| Debtor, ) | |

## MOTION FOR APPROVAL OF SETTLEMENT

COMES NOW Patricia L. Holt, the above captioned Debtor, by and through his undersigned attorney, B. Grant McNutt, and respectfully represents:

1. On October 11, 2018, Applications were approved to employ Ronald C. Sykstus and David J. Philipps of Philipps and Phillips, ltd. as special litigation counsel to pursue a Fair Debt Collection Practices Act ("FDCPA") claim filed by the debtor.

2. The Parties to the claim have reached a confidential settlement agreement with Defendant[1] in which all issues in the claim will be resolved. Special Litigation Counsel recommends to the Court that the settlement be approved.

3. The proceeds of the settlement will be distributed as follows:

   a. To the Debtor, Patricia L. Holt, the sum of $1,000.00. The $1,000.00 is claimed as exempt property on Schedule C.

---

[1] The terms of settlement expressly provide for confidentiality. However, the settlement agreement provides that the Debtor may disclose the terms of the settlement for the purpose of obtaining approval from the Bankruptcy Administrator, Trustee and Bankruptcy Court.

b. To Ronald C. Sykstus for fees the sum of $1,875.00 pursuant to the fee shifting provisions of the FDCPA; and

c. To David J. Philipps of Philipps & Philipps, ltd., for fees the sum of $4,375.00 pursuant to the fee shifting provisions of the FDCPA.

4. As a separate pleading, Special Litigation Counsel have filed Motions for Approval of Attorney's Fees, which requests their attorney's fees and expenses described above be approved and paid out of the amount received from the Defendants.

WHEREFORE, the Debtor, by and through his undersigned Special Litigation Counsel, request that this Court approve the settlement of the pending claim under the terms set forth above.

Respectfully submitted this 28th day of May, 2019.

*/s/B. Grant McNutt,* Esq.
Plaintiff's Attorney

# CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing upon the persons or entities set forth below:

Defendant:
ARstrat, LLC
PO Box 790113
St. Louis, MO 63179-0113

Plaintiff/Debtor
Patricia L. Holt
234 County Road 263
Florence, AL 35633-3602

Plaintiff's Attorney:
David J. Philipps
9760 S. Roberts Rd. Suite 1,
Palos Hills, Illinois 60465

Plaintiff's Attorney
Ronald C. Sykstus
225 Pratt Ave NE
Huntsville, AL 35801

Richard Blythe, Esq.
Bankruptcy Administrator
U.S. Courthouse and Post Office
400 Wells Street
Decatur, AL 35602

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

and all persons and entities listed on the clerk's mailing matrix by depositing same in the United States mail, postage prepaid, this 28th day of May, 2019.

                                                       */s/ B. Grant McNutt*